UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV- 61370-JAL

LIONAL DALTON,

    Plaintiff,

vs.

GENERAL WIRELESS OPERATIONS INC.
d/b/a RADIO SHACK,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, LIONAL DALTON, (hereinafter referred to as "Plaintiff") by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, GENERAL WIRELESS OPERATIONS INC. d/b/a RADIO SHACK (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement and request fifteen (15) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action, and grant the Parties fifteen (15) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

    Respectfully submitted,

    **THE ADVOCACY GROUP**
    *Counsel for Plaintiff*
    333 Las Olas Way, CU3, Suite 311
    Fort Lauderdale, FL 33301
    Telephone: (954) 282-1858
    Facsimile: (844)786-3694
    Email: service@advocacypa.com

    _/s/ Jessica L. Kerr_____

Jessica L. Kerr, Esq.<br>
Florida Bar No. 92810<br>
<br>
_/s/ Jaci R. Mattocks____<br>
Jaci R. Mattocks, Esq.<br>
Florida Bar No. 115765

## **CERTIFICATE OF SERVICE**

I certify that on February 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of Electronic Filing generated by CM/ECF.

_/s/ Jessica L. Kerr____<br>
Jessica L. Kerr, Esq.<br>
Florida Bar No. 92810